# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D24-0238
LT Case No. 2016-CF-3390

———————————————————

RYAN POOLE,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

———————————————————

Petition Alleging Ineffectiveness of Appellate Counsel.
A Case of Original Jurisdiction.

Ryan Poole, Crestview, pro se.

No Appearance for Respondent.

March 8, 2024

PER CURIAM.

    This Court previously denied Petitioner's first petition alleging ineffective assistance of counsel on February 5, 2020, and then dismissed a second petition alleging ineffective assistance of counsel on July 21, 2020, as being successive, both stemming from this Marion County Circuit Court Case No. 2016-CF-3390. Thus, this is Petitioner's third attempt at a petition alleging ineffective

assistance of counsel stemming from the same case mentioned above and once again attempting to obtain review of his successive claims. Because it appears that Petitioner's filings are abusive, repetitive, malicious, or frivolous, Petitioner is cautioned that any further pro se filings in this Court asserting claims stemming from Marion County Circuit Court Case No. 2016-CF-3390, may result in sanctions such as a bar on pro se filing in this Court. *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

DISMISSED; PETITIONER CAUTIONED.

JAY, KILBANE, and MACIVER, JJ., concur.

――――――――――――――――――

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

――――――――――――――――――